**FlavaWorks, INC**
PO BOX 2495, Chicago, IL, US, 60690 ✻ www.FlavaWorks.com ✻ 305-438-9450 ✻ FAX: 305 438-9470 ✻ Webmaster@FlavaWorks.com

July 18 , 2022

Judge Goodman
James Lawrence King Federal Justice Building
99 N.E. Fourth Street, Room 1168
Miami, Florida 33132
Via U.S. Mail
Via Email: goodman@flsb.uscourts.gov

RE: Satisfaction of Judgement for Case #1:14-cv-23208 [D.E. 167]

Please find attached a letter we sent to opposing counsel in this case - Mr. John F. Bradley and copy of a cashier's check #9580516293 dated July 14, 2022 drawn from Chase Bank payable to Bradley Legal Group in the amount of $81,958.72 ([D.E. 167] judgment for Defendants attorneys' fees in the amount of $79,092.75, costs in the amount of $241.62, and post-judgment interest in the amount of $2,624.35 for a total of $81,958.72) which satisfies the judgement for case #1:14-cv-23208.

We have asked Mr. Bradley to calculate the interest that is due for this judgement (calculating our Chapter 11 Bankruptcy filing date of July 17, 2021, Case 21-08585 United States Bankruptcy Court Northern District Of Illinois - Eastern Division) and to submit those calculated numbers to us for prompt payment.

Should you have any questions I can be reached at 305-438-9450 of by email at phil@flavaworks.com.

Sincerely,

Phillip Bleicher
CEO
Flava Works, Inc.

**FlavaWorks, INC**
PO BOX 2495, Chicago, IL, US, 60690 ✱ www.FlavaWorks.com ✱ 305-438-9450 ✱ FAX: 305-438-9470 ✱ Webmaster@FlavaWorks.com

July 18, 2022

JOHN F. BRADLEY, ESQ.
BRADLEY LEGAL GROUP, P.A.
1217 East Broward Boulevard,
Fort Lauderdale, Florida 33301
Via FedEx Priority Overnight: 275694149957

RE: Satisfaction of Judgement for Case #1:14-cv-23208

Please find attached a cashier's check #9580516293 dated July 14, 2022 drawn from Chase Bank payable to Bradley Legal Group in the amount of $81,958.72 ([D.E. 167] judgment for Defendants attorneys' fees in the amount of $79,092.75, costs in the amount of $241.62, and post-judgment interest in the amount of $2,624.35 for a total of $81,958.72) which satisfies the judgement for case #1:14-cv-23208.

Please calculate the interest that is due for this judgement (calculating our Chapter 11 Bankruptcy filing date of July 17, 2021, Case 21-08585 United States Bankruptcy Court Northern District Of Illinois - Eastern Division) and please submit those calculated numbers to us for prompt payment.

Should you have any questions I can be reached at 305-438-9450 of by email at phil@flavaworks.com.

Sincerely,

*[signature]*

Phillip Bleicher
CEO
Flava Works, Inc.

**CASHIER'S CHECK**

**CHASE**

Date 07/14/2022  Void after 7 years

**Remitter:** PHILLIP BLEICHER

**Pay To The Order Of:** BRADLEY LEGAL GROUP

**Pay:** EIGHTY ONE THOUSAND NINE HUNDRED FIFTY EIGHT DOLLARS AND 72 CENTS

$** 81,958.72 **

Memo: CASE # 14-23208   FHYA WORK 

Note: For information only. Comment has no effect on bank's payment.

Drawer: **JPMORGAN CHASE BANK, N.A.**

Rebecca Griffin, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Columbus, OH

⑆9580516293⑆ ⑈044000037⑈ 758661359⑆